No. 68556.—Jednak Floral Co. and J. E. Bernard & Co., Inc. *v.* United States, protest 63/6372 (New York).

Opinion by FORD, J.   In accordance with oral stipulation of counsel that the merchandise, described on the invoice as special air-circulating fans, type PVK, 110 volts, and special air-conditioning fans, type PVK, 220 volts, consists of articles that are more than fans and that they are actually combination fans and heaters used for commercial purposes in hothouses to heat and circulate the air, the claim of the plaintiffs was sustained.

### BEFORE THE THIRD DIVISION, MAY 14, 1964

No. 68557.—Schmidt, Pritchard & Co., Inc. *v.* United States, protest 63/18079 (New York).

Opinion by DONLON, J.   The official papers showing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

### MAY 11, 1964

No. 68558.—APPEAL 5118.—S. Stern & Company *v.* United States.— affirmed December 12, 1963, and case remanded for further proceedings or orders as shall be appropriate.   C.A.D. 830.

No. 68559.—APPEAL 5141.—Cragstan Corporation *v.* United States.— affirmed December 12, 1963.   C.A.D. 832.